STATE of Missouri, Respondent,

v.

Robert Joseph SMITH, Appellant.

No. WD 45025.

Missouri Court of Appeals,
Western District.

Sept. 15, 1992.

Lee M. Nation, Trimble, for appellant.

A. Rex Gabbert, Asst. Pros. Atty., Clay County, Liberty, for respondent.

Before LOWENSTEIN, C.J., and BERREY and ULRICH, JJ.

ORDER

PER CURIAM:

Appeal from a conviction of unlawful use of a weapon, § 571.030.1(4), RSMo 1986.

Affirmed. Rule 30.25(b).